IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                     CRIMINAL NO.: 1:08-CR-113-LG-RHW

PAMELA K. BURDINE                                                            DEFENDANT

## MOTION FOR ISSUANCE OF ORDER TO SHOW CAUSE

Comes now the United States of America, Plaintiff herein, and moves this Court to issue an Order to Show Cause why Defendant, Pamela K. Burdine, should not be held in civil contempt for failure to comply with this Court's Order for Appearance of Judgment Debtor [#29] requiring Defendant to appear before United States Magistrate Judge Robert H. Walker on April 28, 2016 at 9:30 a.m., in Courtroom #881, located at the U. S. Federal Courthouse, 2012 15th Street, Gulfport, MS 39501.

In support of this Motion, the United States relies upon Notice of Electronic Filing; and its Memorandum of Authorities filed simultaneously with this Motion.

DATED: May 18, 2016                              Respectfully Submitted,

                                                  GREGORY K. DAVIS
                                                  United States Attorney

                                          BY:    /s/ Pshon Barrett
                                                  PSHON BARRETT
                                                  MS Bar Number 2071
                                                  Assistant United States Attorney
                                                  501 E. Court Street, Suite 4.430
                                                  Jackson, MS 39201
                                                  (601) 973-2842
                                                  pshon.barrett@usdoj.gov

## CERTIFICATE OF SERVICE

I, Pshon Barrett, Assistant United States Attorney, hereby certify that I have this day mailed, postage prepaid, a true copy of the foregoing document to the Defendant's last known address as follows:

Pamela K. Burdine
last known address
Gautier, MS  39553-2632

DATED: May 18, 2016                              Respectfully Submitted,

                                                 GREGORY K. DAVIS
                                                 United States Attorney

                                          BY:    /s/ Pshon Barrett
                                                 PSHON BARRETT
                                                 MS Bar Number 2071
                                                 Assistant United States Attorney
                                                 501 E. Court Street, Suite 4.430
                                                 Jackson, MS 39201
                                                 (601) 973-2842
                                                 pshon.barrett@usdoj.gov